OFFICE OF DISCIPLINARY COUNSEL *v.* ISTOK.

[Cite as *Disciplinary Counsel v. Istok* (1994), 69 Ohio St.3d 32.]

(No. 93–2540—Submitted January 26, 1994—Decided April 20, 1994.)

*Geoffrey Stern*, Disciplinary Counsel, and *Alvin E. Mathews*, Assistant Disciplinary Counsel, for relator.

*Per Curiam.* We concur in the findings and recommendation of the board. Respondent, James M. Istok, is hereby indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.